## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

DAMEA SHANDALE TENISON,       )
                             )
                Plaintiff,    )
                             )
vs.                          )          No. CIV-17-1265-C
                             )
RAYMOND BYRD, et al.,         )
                             )
                Defendants.   )

## ORDER

While Plaintiff has filed a "Response" * to the Report and Recommendation

("R&R") of the Magistrate Judge, it does not appear to be an objection, but rather a request

to amend, consistent with the Recommendation.  Defendants have not objected to the

R&R.  Accordingly, the R&R of the Magistrate Judge is adopted, in its entirety, and the

request to amend is referred to the Magistrate Judge consistent with the original Order of

Referral.

IT IS SO ORDERED this 12th day of February, 2018.

ROBIN J. CAUTHRON
United States District Judge

---

* There are two Responses, both filed February 5, 2018 (Dkt. Nos. 9 & 10), identical in all respects, except the second (Dkt. No. 10) includes an attached amended complaint.