IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA



FILED
FEB 01 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| **DAMEA SHANDALE TENISON,** ) | |
| Plaintiff, ) | |
| ) | |
| -VS- ) | CASE NO. CIV-17-1265-C |
| ) | |
| **RAYMOND BYRD, et al.,** ) | |
| Defendant, ) | |

### NOTICE OF INTENT TO APPEAL

Comes now, DAMEA SHANDALE TENISON, Pro Se Plaintiff herein, and ENTERS in this Honorable Court his Notice of Intent to Appeal to the U.S. Court of Appeals for the 10th Circuit from the final judgment of the U.S. District Court for the WESTERN District Court of Oklahoma in Case No. CIV-17-1265-C, entered on the 23 day of January, 2019

Dated: 1/30/2019

Respectfully Submitted,

/s/ Damea Tenison
Damea Tenison
CCF (Bravo – South – 114)
3200 S. Kings Hwy.
Cushing, OK, 74023

## CERTIFICATE OF MAILING

I hereby certify that on 1/30/2019 I did mail a true & correct copy of the foregoing Notice of Appeal to the party listed below via U.S. Mail with 1st class postage prepaid.

Dated: 1/30/19                                      /s/ Damea Tenison
                                                              Damea Tenison

Carmelita Reeder Shinn – Court Clerk

U.S. Courthouse

200 N.W. 4th St. Rm 1210

Oklahoma City, OK 73102


And one copy to:

J. Ralph Moore, P.C.

Attorney at Law

P.O. Box 368

Pryor, OK 74362