

5:17-cv-01265-C   Document 56-1   Filed 02/01/19   Page

Dannea Tenison
CCF/BS 114
3200 S. Kings Hwy
Cushing, OK 74023

RECEIVED
FEB 01 2019
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY

Carmelita Reeder Shinn- Court Clerk
U.S. Courthouse
200 N.W. 4th St. Rm 1210
OKC, OK 73102

73102-302710

Legal

This correspondence is from an inmate under the cust[ody] of the Oklahoma Department of Corrections (ODOC), [...] specific information about the inmate, sending this cor[respondence such as offense, projected release date,] photo e[tc. refer to our website www.doc.state.ok.us Ci]marron on the "Inmate Information" link from Cimarron [...] facility at 918-225-[...]

Further, th[is facility is not] responsible for the content [...] content. Objectionable ma[terial] and/or contr[aband is sent to the] facility head at Cimarron Correctional Facility.

Legal