IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAMEA TENISON, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-17-1265-C |
| ) | |
| RAYMOND BYRD, et al., ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed by Damea Tenison, Plaintiff, and by Defendants, by and through their attorney of record, Darrell L. Moore, OBA #6332, that the above-entitled action be dismissed with prejudice to refiling. The parties have agreed to bear their own costs and attorney fees, if any, and not to attempt to shift the burden of such costs and fees to the opposing party through the Federal Rules of Civil Procedure, or through any other state or federal cost or fee shifting laws.

Entered this 24th day of November 2020.

Respectfully submitted,

_____
DAMEA TENISON
Plaintiff

_____
DARRELL L. MOORE, OBA #6332
Attorney for Defendants